**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRED ZINSER, | ) |
| Plaintiff, | ) |
| v. | ) 2:15-cv-636-LDG-PAL |
| DANIEL DAWSON et al., | ) **ORDER** |
| Defendants. | ) |

**I.    DISCUSSION**

On April 27, 2015, this Court entered an order dismissing this case without prejudice to provide Plaintiff an opportunity to exhaust his administrative remedies prior to initiating a lawsuit. (ECF No. 5 at 2). The Clerk of the Court entered judgment that same day. (ECF No. 6). On May 4, 2015, Plaintiff filed a motion for discovery. (ECF No. 7). The Court denies the motion for discovery as moot because this case is closed.

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for discovery (ECF No. 7) is denied as moot.

DATED: This ___ day of May, 2015.

_____
United States District Judge